UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DEANNA MOWITCH,<br><br>                Defendant. | PO-17-5086-GF-JTJ<br>Ticket Number: 6028153 and 6028154<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

      The Defendant, Deanna Mowitch, was present in court and entered a plea of guilty to the charges of: DRIVING WITH SUSPENDED DRIVERS LICENSE and DRIVING WITHOUT INSURANCE (2ND OFFENSE).

    The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

        1.  Defendant must pay a fine in the amount of $90.00 plus $30.00 Special Assessment for DRIVING WITH SUSPENDED DRIVERS LICENSE and $90.00 plus $30.00 Special Assessment for DRIVING WITHOUT INSURANCE (2ND OFFENSE) for a total of $240.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid in monthly payments of $25.00, with the first payment due on or before September

28, 2017.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 14, 2017.
9/18/2017

John Johnston
United States Magistrate Judge